# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 5, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136056 & (43)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                          SC: 136056
                                          COA: 282662
                                          Berrien CC: 2007-411918-FH

JOSEPH ALLEN TRAPP,
      Defendant-Appellant.

_____/

      By order of June 11, 2008, we remanded this case to the Court of Appeals and retained jurisdiction. On order of the Court, the Court of Appeals having issued its decision on remand on September 9, 2008, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 5, 2008

d1029

_____
Clerk